JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL A. BOWDEN-WITTER,<br><br>  Plaintiff,<br>vs.<br><br>CHEVRON CORPORATION,<br><br>  Defendant. | CASE NO. CV 11-5630 R (SSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(A)(1)] |

IT IS HEREBY ORDERED that the dismissal stipulated by and between the parties to this action, through their respective counsel of record, is granted and that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 12, 2011

_____
HONORABLE MANUEL L. REAL